IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

JACKIE HARRIS, ET AL.                                          PLAINTIFFS

VS.                          CIVIL ACTION NO. 5:05-cv-121(DCB)(JCS)

REPUBLIC FINANCE, LLC, SUCCESSOR
OF FIDELITY NATIONAL CORPORATION,
d/b/a REPUBLIC FINANCE, ET AL.                                 DEFENDANTS

## FINAL JUDGMENT

This cause having come before the Court on a motion to dismiss filed by Republic Finance, LLC, successor of Fidelity National Corporation, d/b/a Republic Finance, seeking dismissal of all claims filed in the name of Ora Mae Jackson, and the motion having been granted in an Order of even date herewith; and

The remaining plaintiffs' claims having been ordered to arbitration by Order entered January 19, 2005, and all claims having been dismissed without prejudice; accordingly,

IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed without prejudice.

SO ORDERED AND ADJUDGED, this the 26th day of January, 2006.

S/DAVID BRAMLETTE
UNITED STATES DISTRICT JUDGE